Duval & Stachenfeld LLP
Attorneys for Plaintiff
By:  Allan N. Taffet, Esq. (AT-5181)
  Joshua C. Klein, Esq. (JK-4558)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

DLJ MORTGAGE CAPITAL, INC.,

        Plaintiff,

    -against-

HOME LOAN CORPORATION D/B/A
EXPANDED MORTGAGE CREDIT,

        Defendant.

------------------------------------------------------ x

**JUDGE MARRERO**

**COMPLAINT**

07 Civ. _____

**07 CIV 4167**

ECF CASE (VK)(TK)

Plaintiff DLJ Mortgage Capital, Inc. (hereinafter "DLJMC" or "plaintiff"), by its attorneys, Duval & Stachenfeld LLP, for its complaint against defendant Home Loan Corporation d/b/a Expanded Mortgage Credit ("Home Loan"), alleges as follows:

### JURISDICTION AND VENUE

1.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) in that the amount in controversy is in excess of $75,000, exclusive of interest and costs, and there is diversity between the parties.

2.  Venue is proper pursuant to 28 U.S.C. § 1391(a).

### THE PARTIES

3.  Plaintiff DLJMC is a corporation organized and existing under the laws of the state of Delaware.  DLJMC is a purchaser of mortgage loans and maintains its principal place of business in New York, New York.

4.    Upon information and belief, defendant Home Loan is a company organized and existing under the laws of the state of Texas.  Upon information and belief, Home Loan is a mortgage banker and maintains its principal place of business in Houston, Texas.

## FACTUAL ALLEGATIONS

### The Loan Purchase Agreements

5.    On June 1, 2001, DLJMC and Home Loan entered into a Seller's Purchase, Warranties and Interim Servicing Agreement (the "Original Seller's Purchase Agreement").

6.    On April 1, 2005, DLJMC and Home Loan entered into an Amended and Restated Seller's Purchase, Warranties and Interim Servicing Agreement (the "Amended and Restated Seller's Purchase Agreement," and together with the Original Seller's Purchase Agreement, the "Home Loan Seller's Purchase Agreements").

7.    On June 1, 2004, DLJMC and Home Loan entered into a Mortgage Loan Purchase and Interim Servicing Agreement (the "Original Mortgage Loan Purchase Agreement").

8.    On April 1, 2005, DLJMC and Home Loan entered into an Amended and Restated Mortgage Loan Purchase and Interim Servicing Agreement (the "First Amended and Restated Mortgage Loan Purchase Agreement").

9.    On January 1, 2006, DLJMC and Home Loan entered into a second Amended and Restated Mortgage Loan Purchase Agreement (the "Second Amended and Restated Mortgage Loan Purchase Agreement," and together with the Original Mortgage Loan Purchase Agreement and the First Amended and Restated Mortgage Loan Purchase Agreement, the "Home Loan Mortgage Loan Purchase Agreements").

2

10.     Under both the Home Loan Seller's Purchase Agreements and the Home Loan Mortgage Loan Purchase Agreements, Home Loan would originate and sell certain mortgage loans to DLJMC in accordance with the terms of both the Home Loan Seller's Purchase Agreements and the Home Loan Mortgage Loan Purchase Agreements.

11.     DLJMC has performed and completed all of the terms and conditions required of it by both the Home Loan Seller's Purchase Agreements and the Home Loan Mortgage Loan Purchase Agreements.  As set forth below, Home Loan has breached the Home Loan Seller's Purchase Agreements and the Home Loan Mortgage Loan Purchase Agreements in several respects, including, but not limited to, failing to repurchase loans due to early payment defaults pursuant to Sections 3.05 of the Home Loan Seller's Purchase Agreements and Sections 8.04 of the Home Loan Mortgage Loan Purchase Agreements.

## THE EARLY PAYMENT DEFAULT LOANS

### Home Loan's Failure to Repurchase The Early Payment Default Loans From DLJMC Pursuant to Sections 3.05 of the Home Loan Seller's Purchase Agreements

12.     Pursuant to Sections 3.05 of the Home Loan Seller's Purchase Agreements, entitled "Repurchase of Mortgage Loans with Early Payment Defaults," Home Loan agreed to repurchase from DLJMC certain mortgage loans as to which there occurred payment defaults within three months after the Closing Date (as defined in the Home Loan Seller's Purchase Agreements) for such Mortgage Loans.  Sections 3.05 of the Home Loan Seller's Purchase Agreements specifically provide as follows:

> If (a) a Mortgagor is thirty (30) days or more delinquent with respect to any of the first three (3) Monthly Payments due to [DLJMC] on the related Mortgage Loan immediately following the applicable Closing Date . . . [Home Loan], at [DLJMC's] option, shall promptly repurchase such Mortgage Loan from [DLJMC] within five (5) Business Days' of receipt of written notice from [DLJMC], in

3

accordance with the procedures set forth in Section 3.03 hereof, however, any such repurchase shall be made at the Repurchase Price.

13.     Certain of the Mortgage Loans that DLJMC purchased from Home Loan pursuant to the Home Loan Seller's Purchase Agreements were thirty days or more delinquent within three months after the Closing Date (hereafter these loans are collectively referred to as the "Home Loan Seller's Purchase Agreements Early Payment Default Loans").

14.     Accordingly, commencing no later than March 31, 2005, and continuing through January 12, 2007, DLJMC requested that Home Loan repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans pursuant to Sections 3.05 of the Home Loan Seller's Purchase Agreements. (Attached hereto as Exhibit A is a schedule setting forth, inter alia, the date the Home Loan Seller's Purchase Agreements Early Payment Default Loans were purchased by DLJMC from Home Loan, the date the Home Loan Seller's Purchase Agreements Early Payment Default Loans became delinquent and the sum owed to DLJMC).

15.     To date, Home Loan has refused and failed to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans from DLJMC notwithstanding Home Loan's express and unambiguous obligation to do so pursuant to the terms of the Home Loan Seller's Purchase Agreements.

**Home Loan's Failure to Repurchase The Early Payment Default Loans From DLJMC Pursuant to Sections 8.04 of the Home Loan Mortgage Loan Purchase Agreements**

16.     Pursuant to Sections 8.04 of the Home Loan Mortgage Loan Purchase Agreements, entitled "Early Payment Default," Home Loan agreed to repurchase from DLJMC certain mortgage loans as to which there occurred payment defaults within a certain

4

number of months after the Closing Date (as defined in the Home Loan Mortgage Loan

Purchase Agreements) for such Mortgage Loans. Sections 8.04 of the Home Loan Mortgage

Loan Purchase Agreements specifically provides as follows:

> In the event that, (i) the related Mortgagor becomes sixty (60) days or more delinquent with respect to the Mortgage Loan's first three (3) Monthly Payments due to [DLJMC] following the applicable Closing Date, or (ii) the related Mortgagor is thirty (30) days delinquent with respect to a Mortgage Loan's fourth Monthly Payment due following the applicable Closing Date and fails to make the next succeeding Monthly Payment within thirty (30) days of its Due Date (each, an "Early Payment Default Mortgage Loan"), then upon five (5) Business Days' notice to [Home Loan], [Home Loan] shall immediately repurchase each such Mortgage Loan from [DLJMC] at the Repurchase Price and in the manner set forth in Subsection 8.03.

17.    Certain of the Mortgage Loans that DLJMC purchased from Home Loan

pursuant to the Home Loan Mortgage Loan Purchase Agreements were Early Payment

Default Mortgage Loans as defined under Sections 8.04 of the Home Loan Mortgage Loan

Purchase Agreements (hereafter these loans are collectively referred to as the "Home Loan

Mortgage Loan Purchase Agreements Early Payment Default Loans").

18.    Accordingly, commencing no later than May 24, 2005, and continuing through

October 20, 2006, DLJMC requested that Home Loan repurchase the Home Loan Mortgage

Loan Purchase Agreements Early Payment Default Loans pursuant to Sections 8.04 of the

Home Loan Mortgage Loan Purchase Agreements. (Attached hereto as Exhibit B is a

schedule setting forth, inter alia, the date the Home Loan Mortgage Loan Purchase

Agreements Early Payment Default Loans were purchased by DLJMC from Home Loan, the

date the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans

became delinquent and the sum owed to DLJMC).

19.    To date, Home Loan has refused and failed to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans from DLJMC notwithstanding Home Loan's express and unambiguous obligation to do so pursuant to the terms of the Home Loan Mortgage Loan Purchase Agreements.

## INDEMNIFICATION OBLIGATIONS UNDER
## THE LOAN PURCHASE AGREEMENTS

20.    Pursuant to Sections 8.01 of the Home Loan Seller's Purchase Agreements, Home Loan agreed to indemnify DLJMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments and any other costs, fees and expenses that DLJMC may sustain in any way related to Home Loan's failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Home Loan Seller's Purchase Agreements.

21.    Pursuant to Sections 13.01 of the Home Loan Mortgage Loan Purchase Agreements, Home Loan agreed to indemnify DLJMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments and any other costs, fees and expenses that DLJMC may sustain in any way related to Home Loans' failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Home Loan Mortgage Loan Purchase Agreements.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract – Home Loan Seller's Purchase Agreements)

22.    Plaintiff DLJMC realleges paragraphs 1 through 21 of this complaint as if fully set forth herein.

23.    Pursuant to Sections 2 of the Home Loan Seller's Purchase Agreements, Home Loan agreed to sell, and DLJMC agreed to purchase, certain mortgage loans and the servicing rights related to those mortgage loans.

24.    Pursuant to Sections 3.05 of the Home Loan Seller's Purchase Agreements, Home Loan agreed to repurchase from DLJMC certain mortgage loans as to which there occurred payment defaults within three months after the Closing Date.

25.    DLJMC has requested that Home Loan repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans due to their violations of the Home Loan Seller's Purchase Agreements, as set forth in paragraphs 12 through 15 above. The amount due to repurchase these loans, as of April 30, 2007, is $975,518.60.

26.    Home Loan has failed and refused to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans from DLJMC in violation of the terms of the Home Loan Seller's Purchase Agreements.

27.    DLJMC has performed its obligations under the Home Loan Seller's Purchase Agreements.

28.    As a direct, proximate and actual result of Home Loan's breach of its obligations to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans, DLJMC has suffered damages in an amount to be determined at trial, but which is not less than $975,518.60 as of April 30, 2007.

## SECOND CLAIM FOR RELIEF
### (Breach of Contract – Home Loan Mortgage Loan Purchase Agreements)

29.    Plaintiff DLJMC realleges paragraphs 1 through 28 of this complaint as if fully set forth herein.

7

30.    Pursuant to Sections 2 of the Home Loan Mortgage Loan Purchase Agreements, Home Loan agreed to sell, and DLJMC agreed to purchase, certain mortgage loans and the servicing rights related to those mortgage loans.

31.    Pursuant to Sections 8.04 of the Home Loan Mortgage Loan Purchase Agreements, Home Loan agreed to repurchase from DLJMC certain mortgage loans as to which there occurred payment defaults within a certain number of months after the Closing Date for such Mortgage Loans.

32.    DLJMC has requested that Home Loan repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans due to their violations of the Home Loan Mortgage Loan Purchase Agreements, as set forth in paragraphs 16 through 19 above. The amount due to repurchase these loans, as of April 30, 2007, is $9,333,289.58.

33.    Home Loan has failed and refused to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans from DLJMC in violation of the terms of the Home Loan Mortgage Loan Purchase Agreements.

34.    DLJMC has performed its obligations under the Home Loan Mortgage Loan Purchase Agreements.

35.    As a direct, proximate and actual result of Home Loans' breach of its obligations to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans, DLJMC has suffered damages in an amount to be determined at trial, but which is not less than $9,333,289.58 as of April 30, 2007.

**THIRD CLAIM FOR RELIEF**
**(Unjust Enrichment – Home Loan Seller's Purchase Agreements)**

36.    Plaintiff DLJMC realleges paragraphs 1 through 35 of this complaint as if fully set forth herein.

8

37.     For each of the Mortgage Loans at issue, Home Loan received payment from DLJMC when it purchased the loans.

38.     Home Loan has wrongfully refused to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans, causing DLJMC to lose the use of those moneys due and owing, and requiring DLJMC to incur attorneys' fees to recover these costs due under the Home Loan Seller's Purchase Agreements.  It would be unjust and inequitable to allow Home Loan to benefit in this manner.

39.     By reason of the foregoing, Home Loan has been unjustly enriched at the expense of DLJMC, and DLJMC has suffered damages in an amount to be established at trial.

### FOURTH CLAIM FOR RELIEF
**(Unjust Enrichment – Home Loan Mortgage Loan Purchase Agreements)**

40.     Plaintiff DLJMC realleges paragraphs 1 through 39 of this complaint as if fully set forth herein.

41.     For each of the Mortgage Loans at issue, Home Loan received payment from DLJMC when it purchased the loans.

42.     Home Loan has wrongfully refused to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans, causing DLJMC to lose the use of those moneys due and owing, and requiring DLJMC to incur attorneys' fees to recover these costs due under the Home Loan Mortgage Loan Purchase Agreements.  It would be unjust and inequitable to allow Home Loan to benefit in this manner.

43.     By reason of the foregoing, Home Loan has been unjustly enriched at the expense of DLJMC, and DLJMC has suffered damages in an amount to be established at trial.

## FIFTH CLAIM FOR RELIEF
### (Indemnification – Legal Fees and Related Costs –
### Home Loan Seller's Purchase Agreements)

44.     Plaintiff DLJMC realleges paragraphs 1 through 43 of this complaint as if fully set forth herein.

45.     Pursuant to Sections 8.01 of the Home Loan Seller's Purchase Agreements, Home Loan agreed to indemnify DLJMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments, and any other costs, fees and expenses that DLJMC may sustain in any way related to Home Loan's failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Home Loan Seller's Purchase Agreements.

46.     Home Loan's indemnification obligation expressly includes the legal fees and related costs and any other costs, fees and expenses that DLJMC may sustain in connection with Home Loan's failure to observe and perform its obligation to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans, including, but not limited to, the attorneys' fees and other expenses incurred in this action.

47.     Home Loan is therefore liable to DLJMC for all of DLJMC's legal fees and related costs, and all other costs, fees and expenses that DLJMC has incurred, is incurring and will incur in connection with Home Loan's failure to observe and perform its obligation to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans.

## SIXTH CLAIM FOR RELIEF
### (Indemnification – Legal Fees and Related Costs –
### Home Loan Mortgage Loan Purchase Agreements)

48.     Plaintiff DLJMC realleges paragraphs 1 through 47 of this complaint as if fully set forth herein.

49.    Pursuant to Sections 13.01 of the Home Loan Mortgage Loan Purchase Agreements, Home Loan agreed to indemnify DLJMC for any and all claims, losses, damages, penalties, fines, forfeitures, legal fees and related costs, judgments, and any other costs, fees and expenses that DLJMC may sustain in any way related to Home Loan's failure to observe and perform its duties, obligations, and covenants in strict compliance with the terms of the Home Loan Mortgage Loan Purchase Agreements.

50.    Home Loan's indemnification obligation expressly includes the legal fees and related costs and any other costs, fees and expenses that DLJMC may sustain in connection with Home Loan's failure to observe and perform its obligation to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans, including, but not limited to, the attorneys' fees and other expenses incurred in this action.

51.    Home Loan is therefore liable to DLJMC for all of DLJMC's legal fees and related costs, and all other costs, fees and expenses that DLJMC has incurred, is incurring and will incur in connection with Home Loan's failure to observe and perform its obligations to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff DLJMC respectfully requests judgment against Home Loan as follows:

A.    Ordering Home Loan to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans for the amount of $975,518.60 as of April 30, 2007, plus interest;

11

B.    Ordering Home Loan to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans for the amount of $9,333,289.58 as of April 30, 2007, plus interest;

C.    Awarding DLJMC its attorneys' fees and related costs, and all other costs, fees and expenses that DLJMC has incurred, is incurring and will incur in this action in connection with Home Loan's failure to observe and perform its obligations to repurchase the Home Loan Seller's Purchase Agreements Early Payment Default Loans;

D.    Awarding DLJMC its attorneys' fees and related costs, and all other costs, fees and expenses that DLJMC has incurred, is incurring and will incur in this action in connection with Home Loan's failure to observe and perform its obligations to repurchase the Home Loan Mortgage Loan Purchase Agreements Early Payment Default Loans; and

E.    Granting such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        May 29, 2007

                              Duval & Stachenfeld LLP
                              Attorneys for Plaintiff
                              DLJ Mortgage Capital, Inc.

By:          _John C. Kl_____

                              Allan N. Taffet, Esq. (AT-5181)
                              Joshua C. Klein, Esq. (JK-4558)
                              300 East 42nd Street
                              New York, New York 10017
                              Tel. No.:  (212) 883-1700

# EXHIBIT A

## HOME LOAN EARLY PAYMENT DEFAULT LOANS PURSUANT TO
## § 3.05 OF THE SELLER'S PURCHASE, WARRANTIES AND INTERIM SERVICING
## AGREEMENT DATED JUNE 1, 2001, AS AMENDED AND RESTATED APRIL 1, 2005

| NAME | ADDRESS | CITY | STATE | DATE LOAN PURCHASED | DELINQUENCY DATE | DATE REPURCHASE REQUESTED | TOTAL DUE DLJMC |
|---|---|---|---|---|---|---|---|
| Burnette, Corey | 2397 Louisiana Drive | Xenia | OH | 05/05/06 | Failed to Make Required Monthly Payment For August | 12/27/06 | $48,548.55 |
| Chavez, Evangelina | 217 E. La Vista Drive | Goodyear | AZ | 05/05/06 | Failed to Make Required Monthly Payment For June | 08/31/06 | $34,089.09 |
| Choi, Min Wook | 3508 Highway 2 | Pinon Hills | CA | 12/30/05 | Failed to Make Required Monthly Payment For June | 06/30/06 | $74,396.90 |
| Corral, Israel | 6528 Trujillo Road Southwest | Albuquerque | NM | 12/30/05 | Failed to Make Required Monthly Payment For March | 06/30/06 | $20,915.99 |
| Fuentes, Frank | 1405 Willow Drive | Greenwood | MO | 05/05/06 | Failed to Make Required Monthly Payment For June | 10/20/06 | $32,982.07 |
| Fuentes, Frank | 1407 Dogwood Drive | Greenwood | MO | 05/05/06 | Failed to Make Required Monthly Payment For May | 07/27/06 | $35,834.26 |
| Goetchius, Eric | 3917 Cedar Falls Drive | Ft. Worth | TX | 05/05/06 | Failed to Make Required Monthly Payment For June | 01/12/07 | $38,509.46 |
| Green-McGlothin, Natasha | 8512 Prairie Wind Trail | Ft. Worth | TX | 05/05/06 | Failed to Make Required Monthly Payment For July | 09/26/06 | $34,623.50 |

| Name | Address | City | State | Date | Reason | Date | Amount |
|------|---------|------|-------|------|--------|------|--------|
| Grundy, Michael | 12432 SW Aspen Ridge Drive | Tigard | OR | 08/12/04 | Failed to Make Required Monthly Payment For October | 03/31/05 | $73,948.74 |
| Kennedy, Linda | 4312 Sahara Lane | Plano | TX | 05/05/06 | Failed to Make Required Monthly Payment For July | 01/12/07 | $49,692.30 |
| Kirkendoll, Travis | 440 Hageman Lane | Cedar Hill | TX | 05/05/06 | Failed to Make Required Monthly Payment For May | 07/27/06 | $48,600.84 |
| Martinez, David | 3833 Intermezzo Way | North Las Vegas | NV | 05/05/06 | Failed to Make Required Monthly Payment For June | 08/31/06 | $66,997.33 |
| McInerney, John | 2303 W. Washington Blvd | Chicago | IL | 05/05/06 | Failed to Make Required Monthly Payment For July | 09/26/06 | $61,201.78 |
| Mendoza, Carlos | 3423 W. Fulton Blvd | Chicago | IL | 03/30/06 | Failed to Make Required Monthly Payment For March | 06/30/06 | $67,031.57 |
| Sanders, Beth | 6340 Meadowcrest Drive | La Mesa | CA | 05/05/06 | Failed to Make Required Monthly Payment For July | 10/20/06 | $129,636.95 |
| Sibaja, Romeo | 3417 Fern Avenue | McAllen | TX | 05/05/06 | Failed to Make Required Monthly Payment For July | 09/26/06 | $34,475.23 |
| Simons, Sherie | 327 San Jose Drive | Toledo | OH | 12/30/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $23,068.70 |
| Xiong, Nkauj Iab | 8001 Florida Avenue N | Brooklyn Park | MN | 12/30/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $55,761.03 |

| Xiong, Yao | 1870 Orange Avenue East | St. Paul | MN | 05/05/06 | Failed to Make Required Monthly Payments For June and July | 01/12/07 | $45,204.31 |
|---|---|---|---|---|---|---|---|

**TOTAL OWED DLJMC: $975,518.60 (as of April 30, 2007)**

# EXHIBIT B

**HOME LOAN EARLY PAYMENT DEFAULT**
**LOANS PURSUANT TO § 8.04 OF THE MORTGAGE LOAN PURCHASE**
**AND INTERIM SERVICING AGREEMENT DATED JUNE 1, 2004,**
**AS AMENDED AND RESTATED APRIL 1, 2005 AND JANUARY 1, 2006**

| NAME | ADDRESS | CITY | STATE | DATE LOAN PURCHASED | DELINQUENCY DATE | DATE REPURCHASE REQUESTED | TOTAL DUE DLJMC |
|---|---|---|---|---|---|---|---|
| Akers, Kristy | 7102 Curtice Street | Curtice | OH | 12/30/05 | Failed to Make Required Monthly Payment For April | 06/30/06 | $112,764.03 |
| Akinpelu, Irene | 3305 Destiny Way | Dallas | TX | 11/15/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $139,995.49 |
| Akinpelu, Irene | 3305 Destiny Way | Dallas | TX | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $39,494.91 |
| Balderas, Sandra | 3533 Jackie Street | Edinburg | TX | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $129,548.47 |
| Balderas, Sandra | 3533 Jackie Street | Edinburg | TX | 11/15/05 | Failed to Make Required Monthly Payment For December | 02/17/06 | $32,899.95 |
| Ball, Andre | 7302 Copper Meadow | Converse | TX | 01/25/05 | Failed to Make Required Monthly Payment For March | 07/26/05 | $120,417.51 |
| Bancroft, Denise | 410 N. Maple Street | Ithaca | MI | 05/05/06 | Failed to Make Required Monthly Payment For June | 08/31/06 | $85,809.01 |

| Name | Address | City | State | Date | Reason | Date | Amount |
|---|---|---|---|---|---|---|---|
| Bennett, Allen | 47 Goodale Ave E | Battle Creek | MI | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/29/06 | $54,169.38 |
| Berry, Sean Michael | 924 Evergreen Drive | North Palm Beach | FL | 12/30/05 | Failed to Make Required Monthly Payment For January | 04/24/06 | $410,787.17 |
| Bond, Joshua | 122 Holmes Road | Pomfret | CT | 12/30/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $248,191.57 |
| Briceno, Manuel | 6259 Arlington Way | Fort Pierce | FL | 05/05/06 | Failed to Make Required Monthly Payment For January | 10/20/06 | $236,326.00 |
| Choi, Min Wook | 3508 Highway 2 | Pinon Hills | CA | 12/30/05 | Failed to Make Required Monthly Payment For July | 06/30/06 | $294,357.40 |
| Creamens, Darla | 294 Meadowlark Drive | Chillicothe | OH | 05/05/06 | Failed to Make Required Monthly Payments For May and June | 08/31/06 | $163,298.48 |
| Dagoumas, John | 8401 NW 44 Court | Lauderhill | FL | 05/05/06 | Failed to Make Required Monthly Payment For July | 10/20/06 | $296,723.00 |
| Dube, Wayne | 39 Green Manor Road | Enfield | CT | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $155,613.99 |
| Eleby, Felicia | 29 N. Marguerite Avenue | Ferguson | MO | 12/30/05 | Failed to Make Required Monthly Payment For January | 06/30/06 | $155,420.18 |
| Elliott, Peggy Sue | 212 NE Eastridge Street | Lees Summit | MO | 11/15/05 | Failed to Make Required Monthly Payment For December | 02/17/06 | $44,745.43 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Espinosa, Irene | 3709 Piedra Creek Drive | Corpus Christi | TX | 11/15/05 | Failed to Make Required Monthly Payment For December | 02/17/06 | $82,131.87 |
| Espinosa, Irene | 3709 Piedra Creek Drive | Corpus Christi | TX | 11/15/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $22,044.31 |
| Felder, Brandan | 3028 Laguna Drive | Plano | TX | 12/30/05 | Failed to Make Required Monthly Payment For March | 06/30/06 | $175,509.92 |
| Felix, Sylvia | 183 20th Court | Greeley | CO | 12/30/05 | Failed to Make Required Monthly Payment For April | 06/30/06 | $119,326.09 |
| Foshee, Levaughn | 532 Prairie Star Circle | Colorado Springs | CO | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $14,932.66 |
| Foshee, Levaughn | 532 Prairie Star Circle | Colorado Springs | CO | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $43,795.72 |
| Fuentes, Frank | 1405 Willow Drive | Greenwood | MO | 05/05/06 | Failed to Make Required Monthly Payment For May | 07/27/06 | $178,840.00 |
| Fuentes, Frank | 1407 Dogwood Drive | Greenwood | MO | 05/05/06 | Failed to Make Required Monthly Payment For May | 07/27/06 | $191,038.39 |
| Gaylord, Marnita | 800 North Troost Street | Olathe | KS | 12/30/05 | Failed to Make Required Monthly Payment For March | 06/30/06 | $39,473.44 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gonzales, James | 1953 Gregory Avenue | Fullerton | CA | 11/15/05 | Failed to Make Required Monthly Payment For December | 04/24/06 | $122,504.43 |
| Gonzalez, Heralida | 120 Rockmont Circle | Sacramento | CA | 09/02/05 | Failed to Make Required Monthly Payment For September | 12/27/05 | $476,191.68 |
| Goudy, Jr., Harry | 1125 Greenbriar Lane | Lancaster | TX | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $22,203.14 |
| Gray, Sr., Earl | 3514 Bryant Avenue North | Minneapolis | MN | 12/30/05 | Failed to Make Required Monthly Payment For February | 06/30/06 | $182,534.63 |
| Green-McGlothin, Natasha | 8512 Prairie Wind Trail | Ft. Worth | TX | 05/05/06 | Failed to Make Required Monthly Payment For July | 10/20/06 | $36,314.52 |
| Greggs, Afton | 3523 South East Wellington Drive | Pearland | TX | 12/30/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $24,350.52 |
| Harman, Dennis Keith | 4295 Danforth Rd. | Columbus | OH | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $104,750.63 |
| Harman, Dennis Keith | 4295 Danforth Rd. | Columbus | OH | 11/15/05 | Failed to Make Required Monthly Payment For December | 03/23/06 | $27,074.72 |
| Hassard, James | 10374 West Amelia Avenue | Avondale | AZ | 11/15/05 | Failed to Make Required Monthly Payment For December | 02/17/06 | $203,566.57 |

| Henry, Victor | 13334 Knoll Crest Street | Houston | TX | 11/29/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $68,192.49 |
|---|---|---|---|---|---|---|---|
| Henry, Victor | 13334 Knoll Crest Street | Houston | TX | 11/29/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $24,019.91 |
| Hitchcock, Debra | 6594 Osborne Drive | Lake Worth | FL | 11/29/05 | Failed to Make Required Monthly Payment For November | 04/24/06 | $296,918.80 |
| Kirkendoll, Travis | 440 Hageman Lane | Cedar Hill | TX | 05/05/06 | Failed to Make Required Monthly Payment For February | 07/27/06 | $203,700.52 |
| Lawson, Sherry Shawnty | 2414 Lavin Court | Florissant | MO | 11/15/05 | Failed to Make Required Monthly Payment For May | 03/29/06 | $204,932.36 |
| Mallan, Benjamin | 38063 Wesley Court | Palmdale | CA | 11/15/05 | Failed to Make Required Monthly Payment For January | 02/14/06 | $48,762.58 |
| Martinez, David | 3833 Intermezzo Way | North Las Vegas | NV | 05/05/06 | Failed to Make Required Monthly Payment For November | 08/31/06 | $270,186.56 |
| Martinez, Nicholas | 310 Rolling Hills Lane | Farmersville | TX | 11/15/05 | Failed to Make Required Monthly Payment For June | 02/14/06 | $26,877.56 |
| Martinez, Nicholas | 310 Rolling Hills Lane | Farmersville | TX | 11/15/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $11,601.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mendoza, Carlos | 3423 W. Fulton Blvd. | Chicago | IL | 03/30/06 | Failed to Make Required Monthly Payment For March | 06/30/06 | $261,639.80 |
| Murray, Michael | 4948 Trial Creek Drive | Fort Worth | TX | 12/30/05 | Failed to Make Required Monthly Payment For April | 06/30/06 | $137,875.36 |
| Newman, Katherine | 1109 Jewell Avenue | Columbia | MO | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $21,913.39 |
| Pechenaya, Emiliya | 11268 Plainview Drive | Frisco | TX | 03/30/06 | Failed to Make Required Monthly Payment For April | 06/30/06 | $390,233.71 |
| Proffit, Casey | 24 Aspen Street | Ware | MA | 05/05/06 | Failed to Make Required Monthly Payment For May | 07/27/06 | $180,888.85 |
| Ramirez, Patrick | 8505 Quail Wood | San Antonio | TX | 11/15/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $133,913.37 |
| Ramirez, Patrick | 8505 Quail Wood | San Antonio | TX | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/29/06 | $35,569.71 |
| Rawls, Toniqua | 229 S. Heritage Oaks Drive | Texas City | TX | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $113,291.18 |
| Richards, Charles | 129 Franklin Drive | Hawley | PA | 05/05/06 | Failed to Make Required Monthly Payment For June | 08/31/06 | $172,148.02 |
| Ruiz, Cynthia | 1019 Brazos Court | League City | TX | 11/15/05 | Failed to Make Required Monthly Payments For January | 03/23/06 | $129,440.85 |

| Name | Address | City | State | Date | Reason | Date | Amount |
|---|---|---|---|---|---|---|---|
| Ruiz, Cynthia | 1019 Brazos Court | League City | TX | 11/15/05 | Failed to Make Required Monthly Payments For January | 03/23/06 | $36,696.10 |
| Russell, Orlando | 4810 Willingham Court | Pittsfield | MI | 09/02/05 | Failed to Make Required Monthly Payment For September | 11/29/05 | $285,579.10 |
| Sanders, Beth | 6340 Meadowcrest Drive | La Mesa | CA | 05/05/06 | Failed to Make Required Monthly Payments For June and July | 08/31/06 | $527,517.65 |
| Shindledecker, Wendy | 25395 Blackthorne Drive | Murrieta | CA | 05/05/06 | Failed to Make Required Monthly Payment For June | 08/31/06 | $344,822.03 |
| Sibaja, Romeo | 3417 Fern Avenue | McAllen | TX | 05/05/06 | Failed to Make Required Monthly Payment For July | 09/26/06 | $21,447.13 |
| Smith, Alesia | 10051 Palmer Drive | Olive Branch | MS | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $27,632.95 |
| Snyder, Gary | 2251 E. Bridger Street | Pahrump | NV | 11/15/05 | Failed to Make Required Monthly Payment For November | 02/14/06 | $28,334.91 |
| Toth, Franchelique | 8271 Tiber Road | Chattanooga | TN | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $128,316.78 |
| Toth, Franchelique | 8271 Tiber Road | Chattanooga | TN | 11/15/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $32,726.81 |

| Walter, Anthony | 15018 Riverlet Court | Cypress | TX | 12/30/05 | Failed to Make Required Monthly Payment For January | 03/23/06 | $179,323.72 |
| Washington, Joyce | 7922 Diamond Oak Drive | Texas City | TX | 11/15/05 | Failed to Make Required Monthly Payment For February | 04/24/06 | $116,040.81 |
| Williams, Stephanie | 244 Katie Drive | Sharpsburg | NC | 01/25/05 | Failed to Make Required Monthly Payment For March | 05/24/05 | $85,599.38 |

**TOTAL OWED DLJMC: $9,333,289.58 (as of April 30, 2007)**