MARRERO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
DLJ MORTGAGE CAPITAL, INC.           :
                                     :
                  Plaintiff,         :
                                     :
       - against -                   :    **STIPULATION AND ORDER**
                                     :
HOME LOAN CORPORATION D/B/A          :    07 CIV 4167 (VM)
EXPANDED MORTGAGE CREDIT,            :
                                     :
                  Defendant.         :
                                     :
---------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that: (1) defendant's time to answer, move, or otherwise respond to the Complaint shall be extended to and including July 24, 2007; and (2) defendant waives any defense under Rule 12(b)(5) of the Federal Rules of Civil Procedure, or other defense alleging insufficiency of service of process. No previous request for an extension has been made.

Dated: New York, New York
       June 25, 2007

DUVAL & STACHENFELD

By: _____
    Allan N. Taffet (AT-5181)

300 East 42nd Street
New York, New York 10017
(212) 883-1700
*Attorneys for Plaintiff*

HOME LOAN CORPORATION D/B/A
EXPANDED MORTGAGE CREDIT

By: _____
    Kenneth R. Cole, General Counsel
    Texas Bar No. 24012444
    (not licensed in New York)

450 Gears Road, Suite 600
Houston, Texas 77067
(281) 453-0300
*General Counsel for Defendant*

SO ORDERED:

6-26-07
DATE    VICTOR MARRERO, U.S.D.J.