

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DLJ MORTGAGE CAPITAL, INC.,

          Plaintiff,                           Case No. 07 CIV 4167
                                                 (Judge Marrero)

         -against-                          AFFIDAVIT OF SERVICE

HOME LOAN CORPORATION D/B/A EXPANDED
MORTGAGE CREDIT,

          Defendant.
-------------------------------------------------------------X
STATE OF TEXAS    )
                      S.S.:
COUNTY OF HARRIS  )

        MARCOS LARDIZABAL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 4th day of June, 2007, at approximately the time of 4:46 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; AND PROCEDURES FOR ELECTRONIC CASE FILING upon HOME LOAN CORPORATION d/b/a EXPANDED MORTGAGE CREDIT at 450 Gears Road, Suite 600, Houston, TX, by personally delivering and leaving the same with TERRY LIKINS who informed deponent that he holds the position of Executive Vice President with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

TERRY LIKINS is a white male, in his 50's, stands approximately 5 feet 0 inches tall, weighs approximately 165 pounds with salt & pepper hair.

MARCOS LARDIZABAL

Sworn to before me this
14 day of June, 2007

NOTARY PUBLIC

VIVIAN VASQUEZ
Notary Public, State of Texas
My Commission Expires
December 05, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com