Judith Lockhart, Esq.
Gerald Griffin, Esq.
Pamela S. Shelinsky, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendant Home Loan Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DLJ MORTGAGE CAPITAL, INC.,                    :      Index No.:  07 CV 4167
                                               :
                    Plaintiff,                 :
                                               :
           - against -                         :
                                               :
HOME LOAN CORPORATION D/B/A                    :
EXPANDED MORTGAGE CREDIT,                       :
                                               :
                    Defendant.                 :

-------------------------------------------------------------x

## DEFENDANT HOME LOAN CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Home Loan Corporation certifies that the following are corporate parents, affiliates and or subsidiaries of said parties which are publicly held or which have a financial interest in the outcome of litigation:

NONE

Respectfully submitted this 24th day of July, 2007

CARTER, LEDYARD & MILBURN, LLP

By: _____

Judith A. Lockhart
Pamela Shelinsky
Gerald W. Griffin
Two Wall Street
New York, New York 10005
(212) 732-3200 (telephone)
(212) 732-3232 (fax)

6207899.1