Judith Lockhart, Esq.
Gerald Griffin, Esq.
Pamela S. Shelinsky, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Defendant Home Loan Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DLJ MORTGAGE CAPITAL, INC.,                : Index No.: 07 CV 4167
                                           :
                        Plaintiff,         : AFFIDAVIT OF MAILING
                                           :
          - against -                      :
                                           :
HOME LOAN CORPORATION D/B/A                :
EXPANDED MORTGAGE CREDIT,                  :
                                           :
                        Defendant.         :
-------------------------------------------------------------x

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

       ANTONIO MALASPINA, being duly sworn, deposes and says:

       1. I am over the age of eighteen years and am not a party to this action.

       2. On July 24, 2007, I mailed true and correct copies of the ANSWER and RULE 7.1 CORPORATE DISCLOSURE STATEMENT of Home Loan Corporation by placing the same in first class post-paid envelopes addressed:

       Joshua C. Klein, Esq.
       Duval & Stachenfeld L.L.P.
       300 East 42nd Street
       New York, NY 10017

6208986.1

-2-

3. On said day, I deposited said envelopes in a mail depository controlled and maintained by the United States Post Office located in the County of New York, City of New York and said envelopes were dispatched by first class mail.

_____
Antonio Malaspina

Sworn to before me this

24th day of July, 2007.

_____
Notary Public

DENNIS MURPHY
Notary Public, State of New York
No. 31-01MU4644752
Qualified in New York County
Commission Expires March 30, 2011