# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

**Judith A. Lockhart**
*Partner*
•
*Direct Dial: 212-238-8603*
*E-mail: lockhart@clm.com*

2 Wall Street
New York, NY 10005-2072
•
Tel (212) 732-3200
Fax (212) 732-3232

*701 8th Street, N.W., Suite 410*
*Washington, DC 20001-3893*
*(202) 898-1515*
•
*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

October 4, 2007

**VIA HAND DELIVERY**

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-07
```

Re: DLJ Mortgage Capital, Inc. v. Home Loan Corp.
07 Civ. 4167 (VM)

Dear Judge Marrero:

We represent the defendant Home Loan Corporation in the above-referenced action. We recently received a notice of the scheduling of the initial case management conference on October 19, 2007 at 10:45 a.m. In accordance with the Court's rules, I am requesting an adjournment of the conference date as I am scheduled to be out of the office on business from October 18 through October 29.

This is the first request for an adjournment of this conference. I have conferred with counsel for plaintiff and they do not oppose our request. As this is the initial case management conference, there will be no impact on any previously scheduled dates.

We have consulted with opposing counsel on available dates and would request that the conference be rescheduled during the period November 1 through 9 if that is convenient for the Court. If that time frame is not convenient, we would request that the conference be rescheduled as soon thereafter as possible.

Respectfully,

*/s/ Judith A. Lockhart*
Judith A. Lockhart

JAL:maf
cc: Joshua Klein, Esq. (via email)

6234155.1

```
Request GRANTED. The initial
conference herein is rescheduled to 11-2-07
at 9:45 a.m.

SO ORDERED.

10-5-07                    /s/ Victor Marrero
DATE                       VICTOR MARRERO, U.S.D.J.
```