# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Judith A. Lockhart

2 Wall St[reet]
New York, NY 10005-2072

**MEMO ENDORSED**

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

Direct Dial: 212-238-8603

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

January 22, 2008



BY FACSIMILE

The Honorable Victor Marrero
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>DLJ Mortgage Cap., Inc. v. Home Loan Corp., 07 Civ. 4167 (VM)</u>

Dear Judge Marrero:

We represent the defendant Home Loan Corporation in the above-referenced action. We write to request that the time for the parties to join additional parties to this action be extended from January 22, 2008 to February 22, 2008. The reason for the extension is that the parties have not yet produced documents or interrogatory responses, but will do so over the course of the next month. The parties will know whether additional parties should be added to the case after the exchange and review of this discovery.

This is the first request for an extension of this date. We have conferred with counsel for plaintiff and they do not oppose our request. The extension will not impact on any previously scheduled dates.

Respectfully,

*/s/ Judith A. Lockhart*
Judith A. Lockhart

JAL:gwg
cc: Joshua C. Klein, Esq.

*Request GRANTED. The Case Management Plan herein is amended so as to extend the time for the parties to join additional parties to 2-22-08.*

SO ORDERED:

1-22-08
DATE     VICTOR MARRERO, U.S.D.J.

6271516.1