# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Judith A. Lockhart
*Partner*

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

February 22, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08
```

Re:   DLJ Mortgage Cap., Inc. v. Home Loan Corp., 07 Civ. 4167 (VM)

Dear Judge Marrero:

We represent the defendant Home Loan Corporation in the above-referenced action. We write to request that the time to join additional parties to this action be extended from February 22, 2008 to March 22, 2008. The reason for the extension is that the parties have recently entered into a confidentiality agreement pursuant to which plaintiffs began producing documents this week. Defendant will begin to produce documents next week. The parties will know whether additional parties should be added to the case after the exchange and review of documents.

This is the second request for an extension of time to join additional parties. We have conferred with counsel for plaintiff and they do not oppose our request. The extension will not impact on any previously scheduled dates.

Respectfully,

Judith A. Lockhart

JAL:gwg
cc: Joshua C. Klein, Esq.

6284249.1

Request GRANTED. The time for the parties herein to add additional parties is extended to 3-22-08. The dates on the existing scheduling order shall otherwise remain in effect.

SO ORDERED:
2-25-08
DATE    VICTOR MARRERO, U.S.D.J.