# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Gerald W. Griffin
Counsel

Direct Dial: 212-238-8672
E-mail: griffin@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

March 28, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: DLJ Mortgage Cap., Inc. v. Home Loan Corp., 07 Civ. 4167 (VM)

Dear Judge Marrero:

We represent the defendant Home Loan Corporation in the above-referenced action. We write on behalf of both parties to request permission to schedule the Court ordered mediation in this action for June 2, 2008. The parties have conferred with the Court appointed mediator, Edna Sussman, and have agreed upon this date so that both sides have sufficient time to complete the production and review of documents prior to the mediation. Ms. Sussman has consented to this date.

This is the first request to schedule the mediation. This date will not impact on any previously scheduled dates.

Respectfully,

Gerald W. Griffin

GWG:maf

cc: Edna Sussman, Esq.
Joshua C. Klein, Esq.
Maria Sclafani

6304958.1

Request GRANTED. The parties are authorized to schedule their mediation proceedings to commence on 6-2-08 and thereafter in accordance to agreed-upon dates. Any further conferences with the Court are adjourned pending the outcome of mediation. The parties are directed to advise the Court of the prospect of settlement following the 6-2-08 date.

SO ORDERED:

3-28-08
DATE       VICTOR MARRERO, U.S.D.J.