# DUVAL & STACHENFELD LLP

300 EAST 42ND STREET
THIRD FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE: 212-883-1700
FACSIMILE: 212-883-8883

Joshua C. Klein
DIRECT DIAL: 212-692-5528
jklein@dsllp.com

June 27, 2008

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 6-30-08

Re: **DLJ Mortgage Capital, Inc. v. Home Loan Corp.**
    **07 Civ. 4167 (VM)**

Dear Judge Marrero:

This joint letter is respectfully submitted by the parties in accordance with the Court's request that the parties advise the Court of the prospects of settling this action following the June 2, 2008 mediation.

The June 2, 2008 mediation was unsuccessful, and it has become clear that this matter will not settle. Accordingly, the parties now seek to complete the discovery phase of this action. To that end, the parties propose the following modifications to the Case Management Plan previously So Ordered in this action:

1. Depositions are to be completed by August 29, 2008;
2. Requests to Admit are to be served no later than August 29, 2008;
3. Joinder of additional parties is to be accomplished by July 31, 2008; and
4. All expert discovery is to be completed by September 15, 2008

We thank Your Honor for your attention to this matter.

Hon. Victor Marrero
June 27, 2008
Page 2

                Respectfully,

                Duval & Stachenfeld LLP
                Attorneys for Plaintiff

By: _____
       Allan N. Taffet (AT-5181)
       Joshua C. Klein (JK-4558)
       300 East 42nd Street, Third Floor
       New York, New York 10017


                Carter, Ledyard & Milburn LLP
                Attorneys for Defendant

By: _____
       Judith Lockhart, Esq.
       Gerald Griffin, Esq.
       2 Wall Street
       New York, New York 10005

---

Request GRANTED. The Case Management Plan for this action is amended so as to extend the time for completion of _depositions_ to _8-29-08_. Any other related deadlines affected by this extension shall be similarly modified in accordance with the dates set forth above.
SO ORDERED.

6-30-08
DATE       VICTOR MARRERO, U.S.D.J.