# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Judith A. Lockhart
Partner

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

September 17, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9-17-08

Re: <u>DLJ Mortgage Cap., Inc. v. Home Loan Corp., 07 Civ. 4167 (VM)</u>

Dear Judge Marrero:

On behalf of defendant Home Loan Corporation, this letter respectfully requests a modification of the case management order so that defendant may complete third-party discovery in this matter. With the exception of a dispute concerning two document requests, which the parties are attempting to resolve without assistance from the Court, the parties have completed party discovery. Defendant, however, has requested documents and depositions from three third-party service providers who serviced the mortgage loans at issue in this case. The service providers are located outside the state. Defendant therefore seeks to extend the deadlines for third-party discovery to October 17, 2008 and expert discovery to October 31, 2008. Plaintiff DLJ Mortgage Capital, Inc. has no objection to this request.

Respectfully,

Judith A. Lockhart

JAL:GWG

cc: Joshua C. Klein, Esq.

> Request GRANTED. The Case Management Plan for this action is amended so as to extend the time for completion of third-party discovery to 10-17-08 and expert discovery to 10-31-08. Any other related deadline affected by this extension shall be similarly modified.
> SO ORDERED.
> 9-17-08
> DATE  VICTOR MARRERO, U.S.D.J.

6375521.1