```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DLJ MORTGAGE CAPITAL INC.,          :
                                    :   07 Civ 4167
                    Plaintiff,      :
                                    :
      - against -                   :   NOTICE OF CONFERENCE
                                    :
HOME LOAN CORP.,                    :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that a conference before Judge Marrero has been scheduled for June 26, 2009, at 3:45 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         1 June 2009

*[signature]*

Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-1-09